# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **JACKSON DISCOUNT DRUGS, INC.,** | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO.: 3:16-cv-00717-SRW |
| **HERCULES PHARMACEUTICALS, INC.,** | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff, Jackson Discount Drugs, Inc. and the Defendant, Hercules Pharmaceuticals, Inc., and jointly stipulate that this case may be dismissed with prejudice, with each side bearing its own costs.

*/s/ Richard E. Smith*
Richard E. Smith (ASB-6536-m69r)
Attorney for Defendant

**OF COUNSEL:**
Christian & Small, LLP
505 20th Street North
Suite 1800 Financial Center
Birmingham, AL  35203-2696
Telephone:  205-795-6588
Facsimile:  205-328-7234
res@csattorneys.com

[020460-00001/1128309/1]

/s/ P. Thomas Dazzio, Jr.
P. Thomas Dazzio, Jr.
Attorney for Plaintiff

**OF COUNSEL:**
Friedman Dazzio Zulanas & Bowling, PC
3800 Corporate Woods Drive
Birmingham, AL 35242
tdazzio@friedman-lawyers.com


Craig E. Bertschi
Charles J. Cole
McRae Bertschi, LLC
Suite 200
1350 Center Drive
Dunwoody, Georgia 30338
ceb@mcraebertschi.com
cjc@mcraebertschi.com