IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACKSON DISCOUNT DRUGS, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERCULES PHARMACEUTICALS, ) <br> INC., ) <br> ) <br>     Defendant. ) | Case No. 3:16-cv-717-SRW |

## **ORDER**

Upon consideration of the parties' joint stipulation of dismissal (Doc. 31), it is

ORDERED that the Clerk of Court is directed to close this case and to annotate the docket to reflect that this matter is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

DONE, on this the 13th day of July, 2017.

                                                /s/ Susan Russ Walker
                                                Susan Russ Walker
                                                United States Magistrate Judge